**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT CHARLES SEEHAUSEN, | ) | CASE NO. CV 13-03582 GW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| ELVIN VALENZUELA, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of SCOTT CHARLES SEEHAUSEN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 11, 2013

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE